PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY AGJ D.C.

2005 JUL 26 PM 2:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Jamal Williams ) | Case No. 05-20224-001 - B/P |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jamal Williams, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1. Travel restricted to the Western District of Tennessee and the Northern District of Mississippi for employment purposes only

I consent to this modification of my release conditions and agree to abide by this modification.

_____    7-14-05       Loretta Fleming    7/14/05
Signature of Defendant    Date       Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    7-14-05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 7/15/05

[ ] The above modification of conditions of release is not ordered.

_____    July 15, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-27-05

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20224 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT