IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22  PM 2: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

      Plaintiff,

VS.

                                  CR. NO. 05-20224-B

JAMAL DAVID WILLIAMS,

      Defendant.

---

## ORDER DENYING MOTION TO SUPPRESS, ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

      This cause came on for a Hearing on the Motion to Suppress on December 22, 2005. After considering the testimony of witnesses, the evidence submitted, and statements of counsel, the Court granted in part and denied in part the motion to suppress incorporating its factual findings and conclusions of law issued orally. The Court specifically granted the Defendant's motion as to the questioning and response related to the Deputy Sheriff's inquiry of the Defendant as to whether he had anything else illegal in his truck. The Defendant admitted he had a gun in the truck. Otherwise the Defendant's motion is denied.

      The Court hereby resets the trial date to the Criminal Rotation Docket beginning Monday, January 9, 2005 at 9:30 a.m. in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, Tennessee. No further Report Date is requested

      The time period January 13, 2006 has previously been excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

      IT IS SO ORDERED this 22nd day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-22-05_

28

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20224 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT